In re SCHEPPER et al. (Supreme Court, Appellate Division, First Department. November 15, 1901.) In the matter of Schepper & Co. No opinion. Motion granted.

In re SCHEPPER et al. (Supreme Court, Appellate Division, First Department. November 15, 1901.) In the matter of Schepper & Co. No opinion. Motion to dismiss denied.

SCHIFF et al. v. LEIPZIGER BANK. (Supreme Court, Appellate Division, First Department. December 13, 1901.) Action by Henry Schiff and another against the Leipziger Bank. No opinion. Motion denied.

SCHMALZ, Appellant, v. WEED, Respondent. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Action by Hermann Schmalz against Smith M. Weed. No opinion. Order affirmed, with $10 costs and disbursements.

SCHMER, Respondent, v. CITIZENS' STEAMBOAT CO. OF TROY, Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Action by Joseph Schmer against the Citizens' Steamboat Company of Troy. No opinion. Judgment and order unanimously affirmed, with costs.

SCHRATWIESER, Respondent, v. BROOKLYN DIAL CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by Christian Schratwieser against the Brooklyn Dial Company. No opinion. Judgment affirmed by default, with costs.

SCOTT, Respondent, v. CONN, Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Walter Scott against Charles G. Conn. H. J. McCormick, for appellant. C. D. Ridgway, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SCOTT, Respondent, v. SCOTT, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1901.) Action by Nellie C. Scott against Mary Elizabeth Scott, as administratrix of the property of Edward S. Scott, deceased. No opinion. Judgment affirmed, with costs, upon the opinion of the referee.

SEGALL, Respondent, v. ABRAMSON, Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by Catharine Segall against Samuel I. Abramson. No opinion. Judgment of the municipal court affirmed, with costs.

SEYMOUR, Respondent, v. WARREN et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by Cornelia Seymour against Walter H. Warren and another.

PER CURIAM. Order modified, by requiring the plaintiff to pay $20 costs and disbursements, and, as so modified, affirmed, with $10 costs and disbursements to the appellants.

SEYMOUR, Respondent, v. WARREN et al., Appellants (three cases). (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Actions by Cornelia Seymour against Walter H. Warren and another. No opinion. Orders affirmed, without costs or disbursements.

SHAYNE v. WHITE et al. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Christopher C. Shayne against Horace White and others. No opinion. Motion granted.

SHERMAN, Respondent, v. TUCKER, Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by Charles A. Sherman against Charles A. Tucker. L. N. Wheaton, for appellant. A. Nelson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SIBLEY, Appellant, v. SIBLEY, Respondent. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by Carrie W. Sibley against Richard C. Sibley. J. N. Hayes, for appellant. L. L. Kellogg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SIBLEY, Appellant, v. SIBLEY, Respondent. (Supreme Court, Appellate Division, First Department, November 8, 1901.) Action by Richard C. Sibley against Carrie W. Sibley. L. L. Kellogg, for appellant. J. N. Hayes, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SIMAR, Appellant, v. PARIS et al., Respondents. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Albert Simar against Ernest F. Paris and another. W. L. Mathot, for appellant. W. H. Blymyer, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

SINNOTT, Appellant, v. CROCHERON et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 5, 1901.) Action by Joseph F. Sinnott, as sole surviving plaintiff, against Margaret Crocheron and another, as sole surviving defendants. No opinion. Judgment affirmed, with costs.

SIZER v. HAMPTON & B. R. CO. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by Robert R. Sizer against the Hampton & Branchville Railroad Company. No opinion. Motion denied, on payment of $10 costs, and, on payment of $10 additional, leave given to apply below to open default.

SMEDLEY, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department.